AO 240. (Rev. 9/96)

# UNITED STATES DISTRICT COURT

District of COLUMBIA

**FILED**
JUN - 5 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MYRON TERESHCHUK

Plaintiff

V.

BUREAU OF PRISONS

Defendant

APPLICATION TO PROCEED
WITHOUT PREPAYMENT OF
FEES AND AFFIDAVIT

CASE NUMBER: 06 1031

I, MYRON TERESHCHUK _____ declare that I am the (check appropriate box)

☒ petitioner/plaintiff/movant   ☐ other

in the above-entitled proceeding; that in support of my request to proceed without prepayment of fees or costs under 28 USC §1915 I declare that I am unable to pay the costs of these proceedings and that I am entitled to the relief sought in the complaint/petition/motion.

In support of this application, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?   ☒ Yes   ☐ No   (If "No," go to Part 2)

   If "Yes," state the place of your incarceration  F.M.C. Devens, Ayer, MA 01432

   Are you employed at the institution? NO   Do you receive any payment from the   NO

   Attach a ledger sheet from the institution(s) of your incarceration showing at least the past six months' transactions.

2. Are you currently employed?   ☐ Yes   ☒ No

   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   b. If the answer is "No," state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.
   March 10, 2004; $40,000; self-employed (Potomac Patent Service) 4606 21st Street, Mount Rainier, MD 20712

3. In the past 12 twelve months have you received any money from any of the following sources?

   | | | Yes | No |
   |---|---|---|---|
   | a. | Business, profession or other self-employment | ☐ | ☒ |
   | b. | Rent payments, interest or dividends | ☐ | ☒ |
   | c. | Pensions, annuities or life insurance payments | ☐ | ☒ |
   | d. | Disability or workers compensation payments | ☐ | ☒ |
   | e. | Gifts or inheritances | ☐ | ☒ |
   | f. | Any other sources | ☒ | ☐ |

   If the answer to any of the above is "Yes," describe, on the following page, each source of money and state the amount received and what you expect you will continue to receive.

RECEIVED
MAY 2 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Currently receiving, $25.00 to $40.00 per week from wife that is used for phone calls, postage, copies, toiletry products, and dietary products. This income will stop once I become employed.

4. Do you have any cash or checking or savings accounts?    ☐ Yes    ☒ No

   If "Yes," state the total amount. _____

5. Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or any other thing of value?    ☐ Yes    ☒ No

   If "Yes," describe the property and state its value.

6. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   N/A

I declare under penalty of perjury that the above information is true and correct.

5/16/06 _____     _____/s/ signature_____
Date                                 Signature of Applicant

**NOTICE TO PRISONER:** A Prisoner seeking to proceed without prepayment of fees shall submit an affidavit stating all assets. In addition, a prisoner must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.

AO 240 Reverse (Rev. 10/03)

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

## INMATE AUTHORIZATION FORM

I, __MYRON TERESHCHUK_____, affirm that the attached are certified copies of the statements, for the past six months, of my trust fund account (or institutional equivalent) at the institution where I am currently incarcerated. These are provided to the Clerk of the United States District Court of the District of Massachusetts ("Clerk") for determining my eligibility to proceed without prepayment of fees, in accordance with 28 U.S.C. § 1915.

If I have not been incarcerated at my current place of confinement for at least six (6) months, I shall furnish the Clerk of the Court with certified copies of such account statements, from the institution(s) in which I had previously been incarcerated.

I further request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $150.00. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the Untied States District Court.

SIGNATURE: _/s/ Myron Tereshchuk_____ (YOU MUST SIGN YOUR NAME ON THIS LINE).

Name and DIN Number: __MYRON TERESHCHUK #47510-083__

Name of Case: __MYRON TERESHCHUK v. BUREAU OF PRISONS__

(ifpconsent.pri - 10/99)                                                                                          [cnstifpfee.]

*Top portion must be attached to application to proceed without prepayment of fees (Form AO 240).*

--------------------------------------------------------------------------------

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Civil Action No.

### INMATE INSTITUTION AUTHORIZATION FORM

I request and authorize the agency holding me in custody to calculate, encumber and/or disburse funds from my trust fund account (or institutional equivalent) in the amounts specified by 28 U.S.C. § 1915(b). This authorization is furnished in connection with the commencement of the civil action submitted herewith (or noted below), and I understand that the total filing fee which I am obligated to pay is $150.00. By executing this document, I also authorize collection on a continuing basis of any additional fees, costs, and sanctions imposed by the Untied States District Court. I also understand that this fee will be debited from my account regardless of the outcome of my lawsuit. This authorization shall apply to any other agency into whose custody I may be transferred.

SIGNATURE: _/s/ Myron Tereshchuk_____ (YOU MUST SIGN YOUR NAME ON THIS LINE).

Name and DIN Number: __MYRON TERESHCHUK #47510-083__

Name of Case: __MYRON TERESHCHUK v. BUREAU OF PRISONS__

*This bottom portion must be detached and provided to your Institution Trust Fund Supervisor.*

(ifpconsent.pri - 10/99)                                                                                          [cnstifpfee.]