UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MYRON TERESHCHUK,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| **BUREAU OF PRISONS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an enlargement of time up to and including August 9, 2006 to answer, move or otherwise respond to Plaintiff's Complaint. Although the United States generally has sixty days by which to respond to a complaint (see Fed.R.Civ.P. 12(a)(3)(A)), this case was brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, which requires an agency to respond to a complaint within thirty days after service of the pleading. 5 U.S.C. § 552(a)(4)(C). Accordingly, Defendant has until Monday, July 10, 2006 to respond to Plaintiff's Complaint. However, for good cause as explained below, Defendant requests an enlargement to file its response to Plaintiff's Complaint.

The Agency requires an additional period to provide information to support a response to Plaintiff's complaint. Without such information, the undersigned counsel is unable to draft a response to Plaintiff's Complaint on Defendant's behalf. Additionally, Defendant's counsel will be on leave during the week of July 31. Accordingly, for these reasons, Defendant respectfully

requests an enlargement up to and including August 9, 2006 to answer, move or otherwise respond to Plaintiff's Complaint.[1]

A proposed Order consistent with this motion for an enlargement is attached.

Date: July 7, 2006          Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney


/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492

---

[1] Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing **counsel**." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with Local Civil Rule 16.3(a). Local Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel including any **nonprisoner** pro se party" to meet and confer prior to a scheduling conference. LCvR 16.3(a)(emphasis added).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's First Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint* was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk, pro se
Reg. No. 47510-083
F.M.C. Devens
P.O. Box 879
Ayer, Massachusetts 01432

on this 7th day of July, 2006.

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney