UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK, Pro-se        )
                                )
            Plaintiff,          )
                                )
        v.                      )     Civil Action No.: 1:06-cv-1031(RWR)
                                )
BUREAU OF PRISONS               )
                                )
            Defendant.          )
_____ )

ORDER

UPON CONSIDERATION of **Defendant's First Motion for Enlargement**

**of Time to Answer, Move or Otherwise Respond to Plaintiff's**

**Complaint and Memorandum in Support Thereof** and **Plaintiff's First**

**Opposition to Defendant's First Motion for Enlargement of Time to**

**Answer, Move or Otherwise Respond to Plaintiff's Complaint and**

**Memorandum in Support Thereof**, it is by the Court this _____ day

of _____, 2006, hereby

ORDERED that Defendant's motion be and hereby is **DENIED**;

and it is **FURTHER ORDERED** that Plaintiff's motion is **GRANTED**;

**SO ORDERED.**

                                    _____
                                    UNITED STATES DISTRICT JUDGE
                                    FOR THE DISTRICT OF COLUMBIA

Copies to:

Beverly M. Russell, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530


Myron Tereshchuk, Pro-se
Reg. No. 47510-083; Unit N-5
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432