UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK, Pro-se          )
                                  )
            Plaintiff,            )
                                  )
       v.                         )  Civil Action No.: 06-cv-1031(RWR)
                                  )
BUREAU OF PRISONS                 )
                                  )
            Defendant.            )
_____   )

## ORDER

UPON CONSIDERATION of Plaintiff's **Motion for Interlocutory**

**Injunctive Relief** and **Affidavit in support of Motion for**

**Interlocutory Injunctive Relief**, it is by the Court this

_____ day of _____, 2006, hereby

**ORDERED** that Plaintiff's motion be and hereby is **GRANTED**;

**SO ORDERED.**


                                   _____
                                   UNITED STATES DISTRICT JUDGE
                                   FOR THE DISTRICT OF COLUMBIA

Copies to:

Beverly M. Russell, Esq.
U.S. Attorney's Office for the District of Columbia
Civil Division: Suite E-4915
555 Fourth Street, N.W.
Washington, D.C. 20530

Myron Tereshchuk, Pro-se
Reg. No. 47510-083; Unit N-5
F.M.C. Devens
P.O. Box 879
Ayer, MA 01432