UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK    ) | |
| ) | |
| *Pro se* Plaintiff,    ) | |
| ) | Civil Action No. 06-1031 (RWR) |
| v.    ) | |
| ) | |
| BUREAU OF PRISONS,    ) | |
| ) | |
| Defendant.    ) | |
| ) | |

**DEFENDANT'S FIRST MOTION FOR AN ENLARGEMENT OF TIME TO FILE AN OPPOSITION TO PLAINTIFF'S MOTION FOR INTERLOCUTORY RELIEF**

Federal Defendant, Bureau of Prisons ("BOP"), hereby moves, pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, for an extension of time, to August 21, 2006, to respond to Plaintiff's Motion for Interlocutory Relief, Document No. 9.  This lawsuit concerns Plaintiff's Freedom of Information Act ("FOIA") request.  See 5 U.S.C. § 552.  Defendant has not yet answered Plaintiff's Complaint.

Plaintiff's motion seeks an injunction under Fed. R. Civ. P. 65.  Local Civil Rule 65.1(c) sets the deadline for Defendant's response to Plaintiff's motion.  That rule provides that BOP must respond to Plaintiff's motion within five days after service.  While we have not yet received the service copy of Plaintiff's motion, if the Court construes the date of service as July 27, 2006, when the motion was filed on the ECF system, then Defendant's opposition is due by August 7, 2006.

Since pro se Plaintiff is incarcerated, it is impracticable for the undersigned counsel to confer with him about the relief requested in this Motion.[1]  See Pl. Motion, proposed order (listing Plaintiff's address).

As good cause for this Motion, Defendant states as follows:

1.  The Assistant United States Attorney handling this case, Beverly M. Russell, is away from the office and will not return until August 7, 2006.

2.  Upon her return, AUSA Russell will need to review Plaintiff's motion and to confer with BOP about the issues raised in Plaintiff's application for a injunction and then to prepare and file the response.

3.  AUSA Russell will return to the office and face deadlines in, and have other responsibilities for, her many cases.

4.  A review of Plaintiff's motion indicates that Plaintiff cannot make out the exacting standards required for emergency injunctive relief.  Plaintiff complains in his motion that BOP employees intend to interrogate Plaintiff.  The Court does not appear to have jurisdiction to address the assertions in Plaintiff's motion.  Plaintiff does not say when or by whom he is to be "interrogated."  Nor does Plaintiff provide any reasonable nexus between the assertions in this motion and Plaintiff's FOIA cause of action, which is the subject matter of this

---

[2] Local Civil Rule 7(m) requires "counsel" to discuss nondispositive motions with "opposing counsel."  It does not require counsel to discuss those motions with pro se parties.  Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties.  This practice is informed by, and consistent with, Local Civil Rule 16.3(a). Local Civil Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements.  Specifically, that Rule requires "[c]ounsel (including any *nonprisoner pro se* party)" to meet and confer prior to a scheduling conference.  LCvR 16.3(a) (emphasis added).

lawsuit. In addition, Plaintiff has not identified any irreparable harm, nor could he make a showing that he is likely to succeed on the merits. Plaintiff does not seem to have requested a hearing on his motion.

Accordingly, BOP requests that it receive an extension of time to August 21, 2006 to respond to Plaintiff's motion. Pursuant to the Court's Local Rule 7(c), a proposed order consistent with this motion is attached herewith.

Respectfully submitted,

/s/Peter Smith for
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Peter Smith for
RUDOLPH CONTRERAS, D.C. Bar # 434122
Assistant United States Attorney

/s/Peter Smith for
BEVERLY M. RUSSELL, DC Bar # 454257
Assistant United States Attorney
555 4th St., N.W.,Room E 4819
Washington, D.C. 20530
(202) 307-0492

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that a copy of the foregoing Defendants' First Motion for Enlargement of Time was served by first class mail, postage prepaid upon *pro se* plaintiff at the following address:

        MYRON TERESHCHUK
        Reg No 47510-083
        Unit N-5
        FMC Devens
        PO BOX 879
        Ayer MA 01432

on this **3rd** day of August 2006.

                                              /s/
                                      Colleen McGowan
                                      Paralegal Specialist