UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK, )<br>)<br>*Pro se* Plaintiff, )<br>)<br>v. )<br>)<br>BUREAU OF PRISONS, )<br>)<br>Defendant. )<br>) | Civil Action No. 06-1031 (RWR) |

## **ORDER**

Upon consideration of Defendant's motion for enlargement of time, and the entire record herein, it is hereby **ORDERED** that the motion is **GRANTED**.

Defendant shall respond to Plaintiff's application for Injunction on or before August 21, 2006.

_____
UNITED STATES DISTRICT JUDGE

Dated: _____, 2006.