UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK,          )
                                    )
         Plaintiff        )
                                    )
         v.             )  Civil Action No. 06-1031(RWR)
                                    )
BUREAU OF PRISONS,        )
                                    )
         Defendant.    )
                                    )

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR ENTRY OF DEFAULT**

On July 24, 2006, plaintiff, apparently dissatisfied with the reasons presented by

defendant in seeking an enlargement of time to respond to plaintiff's Complaint, moved for

default judgment against defendant Bureau of Prisons.  Plaintiff avers that he is "prejudiced" by

Defendant's delay in responding to his request for records made pursuant to the Freedom of

Information Act, 5 U.S.C. § 552, primarily as related to his objections to psychological care

provided by the Bureau of Prisons and his plans to pursue other civil litigation matters.  For

reasons stated below, plaintiff's motion for entry of default is without merit and should be

denied.

**ARGUMENT**

Plaintiff moves for default judgment based, in part, on an erroneous premise that

defendant failed to respond to plaintiff's complaint within the time period provided under the

Federal Rules of Civil Procedure ("Federal Rules").  Pl.'s Mot. Entry of Default, at 1-2.

However, on July 7, 2006, prior to the initial due date for response to plaintiff's complaint,

defendant Bureau of Prisons moved for an enlargement of time up to and including August 9,

2006 to file its response to plaintiff's complaint. On August 2, 2006, this Court granted

defendant's motion. Thus, given defendant's timely motion for an enlargement and the Court's

favorable ruling on that motion notwithstanding plaintiff's objections thereto, plaintiff's

allegation that defendant failed to plead or otherwise defend this suit within the time period

prescribed by the Federal Rules is without merit.

Additionally, Rule 55(e) of the Federal Rules states that a court "shall not enter default

judgment against the United States or an officer or any agency thereof unless [the] claimant

establishes a right to relief upon evidence satisfactory to the Court." Fed.R.Civ.P. 55(e); see also

Thomas v. Federal Bureau of Investigators, No. 95-5392, 1996 WL 587646 (D.C. Cir. Sept. 16,

1996). Given the litigation posture of this case, and the possibility that certain records responsive

to plaintiff's request are exempt from disclosure pursuant to and consistent with certain

provisions of FOIA, plaintiff simply cannot establish that he is entitled to relief on his

underlying FOIA claim. Accordingly, plaintiff's motion for entry of default should be denied.

### CONCLUSION

For reasons stated herein, defendant requests that plaintiff's motion for entry of default be

denied. A proposed Order consistent with this opposition memorandum is attached.

Date: August 8, 2006                    Respectfully Submitted,

                                        /s/ Kenneth L. Wainstein /dvh

                                        _____
                                        KENNETH L. WAINSTEIN, D.C. BAR # 451058
                                        United States Attorney


                                        /s/ Rudolph Contreras

                                        _____
                                        RUDOLPH CONTRERAS, D.C. BAR #434122
                                        Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
  Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that service of the foregoing ***Defendant's Opposition to Plaintiff's***

***Motion for Entry of Default*** was served by the Court's Electronic Case Filing System and by

postage prepaid, first class mail to:

Myron Tereshchuk, <u>pro</u> <u>se</u>
Reg. No. 47510-083
F.M.C. Devens
P.O. Box 879
Ayer, Massachusetts 01432

on this <u>8th</u> day of August, 2006.

/s/ Beverly M. Russell

_____

BEVERLY M. RUSSELL
Assistant United States Attorney