UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MYRON TERESHCHUK,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| **BUREAU OF PRISONS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S SECOND MOTION FOR ENLARGEMENT OF TIME
TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an enlargement of time up to and including August 14, 2006 to answer, move or otherwise respond to Plaintiff's Complaint. The current filing deadline is tomorrow, August 9, 2006. This is Defendant's second request for an enlargement for this purpose. In support of the motion, Defendant states the following.

Defendant's counsel has a deposition in another case, <u>Fletcher v. United States Parole Commission</u>, Civil Action No. 01-0601(JDB), scheduled for tomorrow which was noticed while counsel was on leave last week. Given the conflicting schedules of the attorneys in the <u>Fletcher</u> case, the deposition could not be rescheduled to another date. Accordingly, because of this deposition and other work-related demands, Defendant's counsel does not anticipate being able to complete the answer or other response in this suit by the current deadline, and thus,

Defendant respectfully requests an enlargement up to and including August 14, 2006 to answer, move or otherwise respond to Plaintiff's Complaint.[1]

    A proposed Order consistent with this motion for an enlargement is attached.

Date: August 8, 2006      Respectfully Submitted,

/s/ Kenneth L. Wainstein /bmr
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

---

[1]Local Civil Rule 7(m) requires "counsel" to discuss non-dispositive motions with "opposing **counsel**." It does not require counsel to discuss those motions with pro se parties. Nonetheless, it has been the general practice of this office to attempt to discuss such motions with nonprisoner pro se parties. This practice is informed by, and consistent with Local Civil Rule 16.3(a). Local Rule 16.3(a) excludes prisoner pro se parties from the Court's meet-and-confer requirements. Specifically, that Rule requires "[c]ounsel including any **nonprisoner** pro se party" to meet and confer prior to a scheduling conference. LCvR 16.3(a)(emphasis added).

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Second Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint*** was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk, pro se
Reg. No. 47510-083
F.M.C. Devens
P.O. Box 879
Ayer, Massachusetts 01432

on this 8th day of August, 2006.

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney