UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK, Pro-se )
                         )
          Plaintiff,     )
                         )
     v.                  ) Civil Action No. 06-cv-1031(RWR)
                         )
BUREAU OF PRISONS        )
                         )
          Defendant.     )
_____)

ORDER

UPON CONSIDERATION of Plaintiff's Supplemental Complaint For Injunctive And Declatory Relief, Motion For Leave To File Supplemental Complaint For Injunctive And Declatory Relief, and the Memorandum In Support Of The Motion For Leave To File Supplemental Complaint For Injunctive Relief, it is by the Court this _____ day of _____, 2006, hereby

   ORDERED that Plaintiff's motion be and hereby is **GRANTED**;

   SO ORDERED.

                              _____
                              UNITED STATES DISTRICT JUDGE
                              FOR THE DISTRICT OF COLUMBIA

Copies to:

Beverly M. Russell, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division: Suite E-4915
555 Fourth Street, N.W.
Washington, D.C. 20530

Myron Tereshchuk, Pro-se
Reg. No. 47510-083
F.M.C. Devens; Unit N-5
P.O. Box 879
Ayer, Massachusetts 01432