MYRON TERESHCHUK
#47510-083; Unit N-5
FMC Devens
P.O. Box 879
Ayer, MA 01432

PRIVACY ACT REQUEST

and

FREEDOM OF INFORMATION ACT REQUEST

Director, Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Dear Freedom of Information Act Administrator:

This document is a request for the prompt disclosure of all records listed below which are in the possession or under the control of the Federal Bureau of Prisons and this request is made pursuant to the Freedom of Information Act, 5 U.S.C.A. Section 552, and the Privacy Act, 5 U.S.C.A. Section 552a.

In order to be in compliance with your agency regulations, and in particular, 28 C.F.R. Section 513.61(c), this FOIA and Privacy Act requester states that he was born on May 8, 1962 in East Orange, New Jersey. My previous address was 4606 21st Street Mount Rainier, Maryland.

As a result of the disclosure of the requested information being in the public interest because the public will be the primary beneficiary and the disclosure is likely to contribute significantly to the public understanding of the Bureau of Prisons operations and activities, the requester demands a fee waiver to apply to the requested records.

Exhibit B

I request the prompt disclosure of the following personal records in the control or possession of the Federal Bureau of Prisons, that are located in F.M.C. Devens in Ayer, Massachusetts and in the main offices of the agency in Washington, D.C., as well as all other locations that are maintained by the agency:

1) All instructions to B.O.P. staff, and similar records, regarding classifying Myron Tereshchuk, Reg. No. 47510-083 as violent.

2) The complete psychiatric and psychological records pertaining to Myron Tereshchuk, Reg. No. 47510-083.

3) All instructions to federal inmate, Gary Podsiadlik, Reg. No. 11576-052, pertaining to him providing false testimony against Myron Tereshchuk, Reg. No. 47510-083, in exchange for a shorter sentence.

4) All instructions to B.O.P. staff pertaining to keeping Myron Tereshchuk, Reg. No. 47510-083 classified as "Medically Unassigned".

5) All records pertaining to the confiscation and rejection of mail addressed to Myron Tereshchuk, Reg. No. 47510-083.

The following records are not personal records and include:

1) The complete B.O.P. administrative remedy indexes to F.M.C. Devens, the Northeast Regional Office, and the Central Office.

2) All instructions to B.O.P. staff, and similar records, regarding the application of the "Ensign Amendment", "the Omnibus Act of 1997", and "P.L. 105-277" to the confiscation and rejection of U.S. mail to federal inmates.

2

3) All instructions to B.O.P. staff, including similar records, regarding the confiscation and/or rejection of U.S. mail addressed to federal inmates and using "nudity" and/or "sexually explicit" subject matters as the pretext for the confiscation and/or rejections.

4) All manuals, videos, and similar records, used for the training of B.O.P. psychiatrists and psychologists.

5) The names and addresses to the licensing authorities and disciplinary boards to which the following F.M.C. Devens employees assigned to the psychiatric/psychology department in N Building belong to: Dr. Haas, Dr. Riggs, Dr. Taylor, Dr. Fletcher, and Dr. Sonnigan.

6) The records disclosing the criteria the B.O.P. uses in classifying federal inmates as violent.

Should there be any questions or controversies regarding this Freedom of Information Act/Privacy Act request, please contact me as soon as possible so that we may work together in achieving the objectives of this request.

I swear and affirm under penalty of perjury that the information in this document is correct in accordance with 28 U.S.C.A. Section 1746.

Respectfully Submitted,

Date: May 16, 2006

Myron Tereshchuk
Reg. No. 47510-083

3

MYRON TERESHCHUK
#47510-083; Unit N-5
FMC Devens
P.O. Box 879
Ayer, MA 01432

**FREEDOM OF INFORMATION ACT REQUEST**

and

**PRIVACY ACT REQUEST**

May 30, 2006

Director
Federal Bureau of Prisons
320 First Street, N.W.
Washington, D.C. 20534

Dear Director/FOIA Administrator:

   This document is a request for the prompt disclosure of all records listed below which are in the possession and/or control of the Federal Bureau of Prisons and this request is made pursuant to the Freedom of Information Act, 5 U.S.C.A. Section 552, and the Privacy Act, 5 U.S.C.A. Section 552a.

   In order to be in compliance with F.B.O.P. regulations, and in particular, 28 C.F.R. Section 513.61(c), this FOIA and Privacy Act requester states that, "I was born on May 8, 1962 in East Orange, New Jersey and my previous address was 4606 21st St., Mount Rainier, Maryland."

Exhibit C

TERESHCHUK FOIA/PA REQUEST (Page 2)

As a result of the disclosure of the requested agency records being in the public interest because of the public being the primary beneficiary and the disclosure is likely to contribute significantly to the public understanding of the Bureau of Prisons' operations and activities, the requester demands a fee waiver to apply to the requested records.

I request the prompt disclosure of the following personal records that are in the control or possession of the Federal Bureau of Prisons, that are located in F.M.C. Devens in Ayer, Massachusetts on the date of this FOIA/Privacy Act request being filed with your agency:

1. All incoming and outgoing U.S. Mail, and similar records, that are addressed "to" and/or "from" federal inmate, Myron Tereshchuk #47510-083. These records include all confiscated correspondence, e.g., letters, magazines, journals, articles, books, legal research, legal documents, and all administrative records pertaining to the confiscation and/or rejection of Myron Tereshchuk's mail.

Please note that any rejection of the mail addressed to this FOIA/Privacy Act requester that has been confiscated prior to the filing of this FOIA/Privacy Act request, and that was in the possession and control of F.B.O.P. employees at F.M.C. Devens, may be regarded as a destruction of government records and might become subject to a Motion for the Reconstruction of Records, in court at the expense of the F.B.O.P. These records include all legal research, scientific research, journals, magazines, letters, greeting cards, and books, e.g., The Society of Mind, Think Like a Shrink, Adult Psychopathy and Diagnosis, The Breast Book, The Sociopath Next Door, The Unknown Darkness, and Codes, and all other books that have been confiscated or withheld from this FOIA/Privacy Act requester by F.M.C. Devens employees prior to the filing of this request.

2. The complete lists of all banned books, journals, magazines, and all other literature that federal prisoners are not permitted to receive through the U.S. Mail by the F.B.O.P.

TERESHCHUK FOIA/PA REQUEST (Page 4)

3. All instructions to agency staff, administrative manuals, and similar records, pertaining to F.M.C. Devens employees confiscating, rejecting, reading, delaying, and/or compromising the incoming and outgoing U.S. Mail of federal prisoners.

4. Requester demands access to the names and addresses of all persons requesting information about requester and access to all information provided to such persons.

5. Requester demands access to the F.B.O.P.'s annotated legal volumes containing the Nuremberg Code and the Helsinki Agreement, as well as all interpretations of these two international laws controlling the treatment of prisoners.

6. Complete volume sets of the Bankruptcy Reporter, The Federal Rules Decisions, and the Federal Appendix.

7. The document that Ms. Benet-Rivera, of F.M.C. Devens, referred to as a "recreational therapy consent form" and that this FOIA/Privacy Act requester refused to sign on November 30, 2005.

8. The document referred to as an "attendance form" by Dr. James Fletcher, of F.M.C. Devens, at this FOIA/Privacy Act requester's last N Treatment Team meeting which he refused to sign.

In the event that you will have questions regarding this Freedom of Information Act/Privacy Act request, please notify me as soon as possible so that we may work together in achieving the objectives of this request.

I swear and affirm under penalty of perjury that the information in this document is correct in accordance with 28 U.S.C. Section 1746.

Respectfully Submitted,

Date: May 31, 2006

Myron Tereshchuk
Reg. No. 47510-083