**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MYRON TERESHCHUK,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| **BUREAU OF PRISONS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR ENLARGEMENT OF TIME**
**TO ANSWER, MOVE OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**
**AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an enlargement of time up to and including ten calendar days after the Court issues a decision on Plaintiff's Motion for Leave to File Supplemental Complaint for Injunctive and Declaratory Relief to answer, move or otherwise respond to Plaintiff's Complaint. The current filing deadline for Defendant to respond to Plaintiff's original complaint is today, August 14, 2006. In support of the motion, Defendant states the following.

Defendant anticipated filing a dispositive motion in response to Plaintiff's original complaint today, August 14, 2006. However, Plaintiff has a motion for leave to file a supplemental complaint pending before the Court. For efficiency in responding to Plaintiff's allegations, Defendant respectfully moves for an the enlargement of time such that it is only required to file one consolidated response to the original and supplemental complaint, assuming that the motion for leave to file the latter is granted. The enlargement will mitigate the necessity of Defendant having to file multiple responses to Plaintiff's claims facilitating more efficient disposition of this suit. Accordingly, for reasons stated herein, Defendant moves for the

enlargement described herein.  Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action.

A proposed Order consistent with this motion for an enlargement is attached.

Date: August 14, 2006				Respectfully Submitted,

/s/ Kenneth L. Wainstein /dvh
_____
KENNETH L. WAINSTEIN, D.C. BAR # 451058
United States Attorney

/s/ Rudolph Contreras /dvh
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint*** was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk, <u>pro se</u>
Reg. No. 47510-083
F.M.C. Devens
P.O. Box 879
Ayer, Massachusetts 01432

on this <u>14th</u> day of August, 2006.

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney