UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK, Pro-se )
)
        Plaintiff, )
)
   v. ) Civil Action No. 06-1031(RWR)
)
BUREAU OF PRISONS, )
)
        Defendant. )
_____)

ORDER

UPON CONSIDERATION of **Plaintiff's Opposition To Defendant's First Motion For An Enlargement Of Time To File An Opposition To Plaintiff's Motion For Interlocutory Relief** and **Defendant's First Motion For An Enlargement Of Time To File An Opposition To Plaintiff's Motion For Interlocutory Relief**, it is by the Court this _____ day of _____, 2006, hereby

    **ORDERED** that Plaintiff's opposition be and hereby is **GRANTED**;

    **ORDERED** that Defendant's motion be and hereby is **DENIED**;

    **SO ORDERED**.

 

_____
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

Copies to:

Beverly M. Russell, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division: Suite E-4915
Washington, D.C. 20530

Myron Tereshchuk, Pro-se
Reg. No. 47510-083
F.M.C. Devens; Unit N-5
P.O. Box 879
Ayer, Massachusetts 01432