UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK, Pro-se     )
                             )
            Plaintiff,       )
                             )
      v.                     )   Civil Action No. 06-1031(RWR)
                             )
BUREAU OF PRISONS,           )
                             )
            Defendant.       )
_____)

**ORDER**

UPON CONSIDERATION of **Defendant's Motion for Enlargement of Time to Answer, Move or Otherwise Respond to Plaintiff's Complaint and Memorandum in Support Thereof** and **Plaintiff's Opposition to Defendant's Motion**, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that Defendant's motion be and hereby is DENIED; and it is

FURTHER ORDERED that Defendant serve an answer, move or otherwise respond to Plaintiff's Complaint within _____ days;

SO ORDERED.

                              _____
                              UNITED STATES DISTRICT JUDGE
                              FOR THE DISTRICT OF COLUMBIA

Copies to:

Beverly M. Russell, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division: Suite E-4915
555 Fourth Street, N.W.
Washington, D.C. 20530

```
Myron Tereshchuk, Pro-se
Reg. No. 47510-083
F.M.C. Devens, Unit N-5
P.O. Box 879
Ayer, Massachusetts 01432
```