UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK, Pro-se   )
                           )
          Plaintiff,       )
                           )
     v.                    )   Civil Action No. 06-1031(RWR)
                           )
BUREAU OF PRISONS,         )
                           )
          Defendant.       )
_____)

**ORDER**

UPON CONSIDERATION of **Plaintiff's Reply to Defendant's Opposition to Plaintiff's Motion for Interlocutory Injunctive Relief, Defendant's Opposition,** and **Plaintiff's Motion for Interlocutory Injunctive Relief,** and the entire record herein, it is by the Court this _____ day of _____, 2006, hereby

   **ORDERED** that Plaintiff's Motion be **GRANTED**.

   **SO ORDERED.**

                              _____
                              UNITED STATES DISTRICT JUDGE
                              FOR THE DISTRICT OF COLUMBIA

Copies to:

Beverly M. Russell, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division: Suite E-4915
555 Fourth Street, N.W.
Washington, D.C. 20530

Myron Tereshchuk
Reg. No. 47510-083
F.M.C. Devens; Unit N-5
P.O. Box 879
Ayer, Massachusetts 01432