UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK, Pro-se    )
                            )
            Plaintiff,      )
                            )
      v.                    )    Civil Action No. 06-1031(RWR)
                            )
BUREAU OF PRISONS,          )
                            )
            Defendant.      )
_____)

**ORDER**

UPON CONSIDERATION of **Plaintiff's Motion for Enlargement of Time to Reply to Defendant's Opposition to Plaintiff's Motion for Interlocutory Injunctive Relief**, it is by the Court this _____ day of _____, 2006, hereby

ORDERED that Plaintiff's motion be and hereby is **GRANTED**; and it is

**FURTHER ORDERED** that Plaintiff shall have up to and including September 5, 2006, to reply to Defendant's Opposition to Plaintiff's Motion for Interlocutory Injunctive Relief.

**SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
FOR THE DISTRICT OF COLUMBIA

Copies to:

Beverly M. Russell, Esq.
Assistant U.S. Attorney
U.S. Attorney's Office for the District of Columbia
Civil Division: Suite E-4915
555 Fourth Street, N.W.
Washington, D.C. 20530

Myron Tereshchuk, Pro-se
Reg. No. 47510-083
F.M.C. Devens; Unit N-5
P.O. Box 879
Ayer, Massachusetts 01432