UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S FIRST MOTION FOR ENLARGEMENT OF TIME
TO RESPOND TO PLAINTIFF'S MOTION FOR EMERGENCY ORDER FOR
INTERLOCUTORY INJUNCTIVE RELIEF
AND MEMORANDUM IN SUPPORT THEREOF**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an enlargement of time up to and including Friday, December 15, 2006 to respond to Plaintiff's Motion for Emergency Order for Interlocutory Injunctive Relief.  The current filing deadline is today, December 11, 2006.  Defendant requests the extension because of the work-related demands on its counsel.  For example, last week, Defendant's counsel had to deal with discovery-related demands in two tort cases, Ross v. United States, Civil Action No. 04-1286(RBW) and Webb v. United States, Civil Action No. 04-427(RJL), and an employment discrimination case, Schroer v. Billington, Civil Action No. 05-1090(JR).  Because of these and other work-related demands on his counsel, Defendant's counsel was unable to respond to Plaintiff's recent motion for interlocutory injunctive relief and respectfully moves for the enlargement described herein to do so.  Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action.

A proposed Order consistent with this motion for an enlargement is attached.

Date: December 11, 2006

Respectfully Submitted,

/s/ Jeffrey A. Taylor /bmr
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /bmr
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District of Columbia,
 Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C.  20530
Ph:  (202) 307-0492

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's First Motion for Enlargement of Time to Respond to Plaintiff's Motion for Emergency Order for Interlocutory Injunctive Relief And Memorandum in Support Thereof*** was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk, pro se
Reg. No. 47510-083
F.M.C. Devens
P.O. Box 879
Ayer, Massachusetts 01432

on this 11th day of December, 2006.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney