UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MYRON TERESHCHUK,** | ) |
| **Plaintiff** | ) ) ) |
| v. | ) **Civil Action No. 06-1031(RWR)** |
| **BUREAU OF PRISONS,** | ) ) ) |
| **Defendant.** | ) ) |

ORDER

UPON CONSIDERATION of *Defendant's First Motion for Enlargement of Time to Respond to Plaintiff's Motion for Emergency Order for Interlocutory Injunctive Relief And Memorandum in Support Thereof*, it is by the Court this _____ day of

_____, 2006, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including Friday, December 15, 2006 to respond to Plaintiff's Motion for Emergency Order for Interlocutory Injunctive Relief.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Myron Tereshchuk, pro se
Reg. No. 47510-083
F.M.C. Devens
P.O. Box 879
Ayer, Massachusetts 01432

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530