RECEIVED
DEC 2 9 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

MYRON TERESHCHUK, pro se )
　　　Plaintiff, )
　　v. ) Civil Action No.: 1:06-cv-1031 (RWR)
BUREAU OF PRISONS )
　　　Defendant. )

## NOTICE OF ADDRESS CHANGE

The Plaintiff, Myron Tereshchuk, appearing pro se, notifies this Court and the Defendant, Bureau of Prisons, that Plaintiff has undergone a change of address. The new address is:

Myron Tereshchuk
Reg. No. 47510-083
Federal Correctional Institution
P.O. Box 1000
Cumberland, MD 21502

　　　　　　　　　　Respectfully Submitted,
　　　　　　　　　　/s/ Myron Tereshchuk
　　　　　　　　　　Myron Tereshchuk
　　　　　　　　　　Reg. No. 47510-083