UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK, | ) |
| | ) |
|       Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| BUREAU OF PRISONS, | ) |
| | ) |
|       Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an extension of time up to and including March 23, 2007 to respond to Plaintiff's Complaint. Pursuant to the Court's February 9, 2007 Memorandum Opinion and Order, the current filing deadline is today, March 1, 2007. Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action. In support of its Motion, Defendant states the following.

Defendant moves for the extension to provide the Agency an additional period to produce the required information to support Defendant's response to Plaintiff's Complaint. Defendant additionally requests the extension because of the work-related demands on its counsel. For example, Defendant's counsel was in depositions on three of the four business days during the preceding week in the case, Schroer v. Billington, Civil Action No. 05-1090(JR). During that same week, Defendant's counsel had to address discovery-related matters in the case, Fletcher v. United States Parole Commission, Civil Action No. 01-0601(JDB) which culminated in a letter to plaintiff's counsel in that case regarding plaintiff's response to defendant's discovery.

Within the next week, defendant's counsel has two filings due to the District of Columbia Circuit, one of which is a brief in a Title VII case, Maramark v. Spellings, No. 06-5099(D.C. Cir.). Given these work-related demands on its counsel and because the Agency requires additional time to produce information to support Defendant's response to Plaintiff's Complaint, Defendant will not be able to file that response by the current deadline, and thus, respectfully moves for an extension of time up to and including March 23, 2007 to do so.

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /dch

        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /dch

        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Beverly M. Russell

        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District
         of Columbia, Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C. 20530
        Ph: (202) 307-0492
        Fax: (202) 514-8780
        E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Motion for an Extension of Time to Respond to Plaintiff's Complaint*** was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk, <u>pro</u> <u>se</u>
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

on this <u>1st</u> day of March, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney