UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an extension of time up to and including April 6, 2007 to respond to Plaintiff's Complaint. The current deadline is today, March 23, 2006. Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action. In support of its Motion, Defendant states the following.

Although Defendant anticipated being able to file its response by the current deadline, it will be unable to do so because of the work-related demands on its counsel this week taking more time than expected. Defendant notes, in particular, that its counsel had to address (1) discovery issues in the case, Schroer v. Billington, Civil Action No. 05-1090(JR), involving the issue of whether a person's status as a transsexual is covered by Title VII, (2) issues related to the administrative record in the case, Filebark v. U.S. Department of Transportation, et al., Civil Action No. 03-1685(RJL), a suit in which the plaintiffs (air traffic controllers) are challenging the manner in which the Federal Aviation Administration determined their salaries, and (3) matters related to coordinating a response to plaintiff's complaint in Olaniyi v. District of

Columbia, et al., Civil Action No. 05-00455(RBW), a suit involving, among others, the United States, twenty-three United States Capitol Police officers and fourteen FBI agents. Accordingly, given these work-related demands, Defendant in this suit will be unable to file its response to Plaintiff's Complaint by the current deadline, and thus, respectfully moves for an extension up to and including April 6, 2007 to do so.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /dch

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

Rudolph Contreras /dch

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph: (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Second Motion for an Extension of Time to Respond to Plaintiff's Complaint*** was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk, pro se
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

on this 23rd day of March, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney