UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK, | ) |
| | ) |
|       Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| BUREAU OF PRISONS, | ) |
| | ) |
|       Defendant. | ) |
| | ) |

**DEFENDANT'S THIRD MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an extension of time up to and including April 27, 2007 to respond to Plaintiff's Complaint. The current deadline is today, April 6, 2007. Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action. In support of its Motion, Defendant states the following.

In his Complaint, Plaintiff alleges that the Bureau of Prisons failed to respond to his three Freedom of Information Act ("FOIA") requests dated April 16, 2006, May 16, 2006, and May 31, 2007, and requested that the Court order disclosure of the requested records. R. 1, Compl., ¶ 7 and p. 6; R. 13, Supplemental Compl. ¶ 7 and p. 10. The Bureau of Prisons responded to Plaintiff's first request on August 6, 2006, and his second and third requests on March 14, 2007, releasing all materials except those protected from public disclosure by an exemption under the FOIA. Accordingly, the undersigned counsel assigned this case had drafted a motion to dismiss this case as moot for filing today, April 6, 2007, supported by a declaration from a Bureau employee knowledgeable about the processing of plaintiff's FOIA suit. See, e.g. Tijerina v.

Walters, 821 F.2d 789, 799 (D.C.Cir.1987), quoting Perry v. Block, 684 F.2d 121, 125 (D.C. Cir. 1982)("'[H]owever fitful or delayed the release of information under the FOIA may be ... if we are convinced appellees have, however belatedly, released all nonexempt material, we have no further judicial function to perform under the FOIA.'").

However, upon supervisory review, a determination has been made that an explanation of the asserted exemptions should also be included in the motion to further evidence the propriety of the Bureau's conduct in processing Plaintiff's FOIA requests.  The Bureau will require an additional period to provide a declaration explaining the reasons for the claimed exemptions under FOIA (see Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973).  Accordingly, the Bureau moves for an extension of time to April 27, 2007 to respond to Plaintiff's complaint allowing it a period to produce a Vaughn declaration as support for a comprehensive dispositive motion.

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /dvh

        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /dvh

        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Third Motion for an Extension of Time to Respond to Plaintiff's Complaint*** was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk, pro se
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

on this 6th day of April, 2007.

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL
Assistant United States Attorney