UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK, | ) |
| | ) |
|        Plaintiff | ) |
| | ) |
|   v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| BUREAU OF PRISONS, | ) |
| | ) |
|        Defendant. | ) |
| | ) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an extension of time up to and including May 25, 2007 to respond to Plaintiff's Complaint. The current deadline is Friday, April 27, 2007. Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action. In support of its Motion, Defendant states the following.

As noted in its previous motion for an extension, Defendant anticipates filing a declaration and Vaughn indices to support its dispositive motion in response to Plaintiff's Complaint. See Vaughn v. Rosen, 484 F.2d 820 (D.C. Cir. 1973). On Monday, April 23, 2007, the Bureau of Prisons provided a draft declaration. However, because additional follow-up is required as relates to the declaration and due to work-related demands on its counsel this week, Defendant will be unable to file the motion in this matter by the current deadline. Regarding the latter, the undersigned counsel had deposition preparations on April 24 and depositions on April 25, in the case Moncada v. Peters, Civil Action No. 05-00470(PLF). Additionally, on April 25, 2007, the undersigned counsel had to complete and file a brief in the case, Dunning v. Quander,

No. 06-5167(D.C. Cir.).  Defendant further notes that its counsel will be on leave from April 29, 2007 to May 9, 2007, and has four dispositive filings due within a week of her return.

Accordingly, for the reasons stated herein, Defendant respectfully moves for an extension of time to May 25, 2007 to file its response to Plaintiff's Complaint.

Respectfully Submitted,

/s/ Jeffrey A. Taylor /dvh

_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /dvh

_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell

_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that service of the foregoing ***Defendant's Motion for an Extension of Time to Respond to Plaintiff's Complaint*** was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk, <u>pro</u> <u>se</u>
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

on this <u>26th</u> day of April, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney