UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MYRON TERESHCHUK,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| **BUREAU OF PRISONS,** | ) |
| | ) |
| **Defendant.** | ) |
| | ) |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO RESPOND TO PLAINTIFF'S COMPLAINT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an extension of time up to and including May 31, 2007 to respond to Plaintiff's Complaint. The current filing deadline is today, Friday, May 25, 2007. Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action. In support of its Motion, Defendant states the following.

Defendant requests the extension because of the considerable work-related demands on its counsel over the past week. For example, Defendant's counsel filed a response to a Report and Recommendation in the fact-intensive Title VII case, Thomas v. Ashcroft, Civil Action No. 04-1061(PLF) on Friday, May 18, 2007, a motion to dismiss the Bivens suit, Fletcher v. District of Columbia, Civil Action No. 01-0601(JDB), on Monday, May 21, 2007, a reply memorandum in the Bivens case, Olaniyi v. District of Columbia, Civil Action No. 05-0455(RBW), yesterday, May 24, and today, is filing an opposition to a motion for reconsideration in the Fletcher case. Accordingly, given these and other work-related demands on its counsel, Defendant will not be able to file its response to Plaintiff's Complaint in this case by the current deadline, and thus,

Defendant respectfully moves for an extension of time to May 31, 2007 to do so. Defendant does not anticipate that additional extensions will be required absent exceptional circumstances.

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /mj

        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /mj

        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Beverly M. Russell

        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District
         of Columbia, Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C. 20530
        Ph:  (202) 307-0492
        Fax: (202) 514-8780
        E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Motion for an Extension of Time to Respond to Plaintiff's Complaint*** was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk, <u>pro</u> <u>se</u>
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

on this <u>25th</u> day of May, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney