<u>VAUGHN INDEX FOR FOIA#2006-07648</u>
<u>MYRON TERESHCHUK v. U.S. DEPARTMENT OF JUSTICE</u>
<u>CIVIL ACTION NO. 06-1031</u>

The following ten (10) pages of records were withheld in their entirety by the Federal Bureau of Prisons as described below:

| DOC # | PAGES | DOCUMENT DESCRIPTION | EXEMPT/ STATUS | JUSTIFICATION FOR WITHHOLDING |
|---|---|---|---|---|
| 1 | 1 | Copy of front cover of book entitled, "Breast Book" | (b)(5) (b)(2) | This document was withheld in full pursuant to (b)(5) and (b)(2). These exemptions were applied because this document is a copy of rejected mail correspondence addressed to Plaintiff and this document was used in the deliberative process. It was rejected by staff in accordance with Bureau of Prisons' policy because the publication featured nudity. |
| 2 | 1 | Copy of front cover of book entitled, "Codes, Ciphers, Secrets and Cryptic Communication" | (b)(5) (b)(2) | This document was withheld in full pursuant to (b)(5) and (b)(2). These exemptions were applied because this document is a copy of rejected mail correspondence addressed to Plaintiff and this document was used in the deliberative process. It was rejected by staff in accordance with Bureau of Prisons' policy because the publication provides information on the creation and decoding of cryptic messages which could create a security concern. |

| DOC # | PAGES | DOCUMENT DESCRIPTION | EXEMPT/ STATUS | JUSTIFICATION FOR WITHHOLDING |
|---|---|---|---|---|
| 3 | | Page 331 of book entitled, "Codes, Ciphers, Secrets and Cryptic Communication" | (b)(5) (b)(2) | This document was withheld in full pursuant to (b)(5) and (b)(2). These exemptions were applied because this document is a copy of rejected mail correspondence addressed to Plaintiff and this document was used in the deliberative process. It was rejected by staff in accordance with Bureau of Prisons' policy because the publication provides information on the creation and decoding of cryptic messages which could create a security concern. |
| 4 | 1 | Page of book entitled "Breast Book", depicting pictures of women exposing their breasts. | (b)(5) (b)(2) | This document was withheld in full pursuant to (b)(5) and (b)(2). These exemptions were applied because this document is a copy of rejected mail correspondence addressed to Plaintiff and this document was used in the deliberative process. It was rejected by staff in accordance with Bureau of Prisons' policy because the publication featured nudity. . |

| DOC # | PAGES | DOCUMENT DESCRIPTION | EXEMPT/ STATUS | JUSTIFICATION FOR WITHHOLDING |
|---|---|---|---|---|
| 5 | 2 | Investigation instructions regarding Administrative Remedy | (b)(2) (b)(5) | These documents were withheld because this information is related solely to internal agency practices and was used in the deliberative process. These documents assisted staff in conducting an investigation and response to Plaintiff's Administrative Remedy. Therefore, exemptions (b)(2) and (b)(5) were applied to these documents. |
| 6 | 1 | E-mail dated May 10, 2006, regarding investigation of Administrative Remedy | (b)(2) (b)(5) | This document was withheld because this information is related solely to internal agency practices. This document was also part of the deliberative process. This document assisted staff in conducting an investigation and response to Plaintiff's Administrative Remedy. Therefore, (b)(2) and (b)(5) were applied to this document. |

| DOC # | PAGES | DOCUMENT DESCRIPTION | EXEMPT/ STATUS | JUSTIFICATION FOR WITHHOLDING |
|---|---|---|---|---|
| 7 | 1 | E-mail dated May 11, 2006, regarding investigation of Administrative Remedy | (b)(2) (b)(5) | This document was withheld because this information is related solely to internal agency practices and was used in the deliberative process. This document assisted staff in conducting an investigation and response to Plaintiff's Administrative Remedy. Therefore, (b)(2) and (b)(5) were applied to this document. |
| 8 | 2 | Investigation instructions regarding Administrative Remedy | (b)(2) (b)(5) | These documents were withheld because this information is related solely to internal agency practices and was used in the deliberative process. These documents assisted staff in conducting an investigation and response to Plaintiff's Administrative Remedy. Therefore, exemptions (b)(2) and (b)(5) were applied to these documents. |