<u>**VAUGHN INDEX FOR FOIA#2006-07880**</u>
<u>**MYRON TERESHCHUK v. U.S. DEPARTMENT OF JUSTICE**</u>
<u>**CIVIL ACTION NO. 06-1031**</u>

The following fifty-two (52) pages of records were excised or withheld by the Federal Bureau of Prisons as described below:

| DOC # | PAGES | DOCUMENT DESCRIPTION | EXEMPT/ STATUS | JUSTIFICATION FOR WITHHOLDING |
|---|---|---|---|---|
| 1 | 1 | This record is a BOP form pertaining to a third party concerning visitor information | (b)(6) (b)(7)(C) (b)(7)(F) | This document was withheld in part pursuant to Exemption (b)(6), (b)(7)(C) and (b)(7)(F) Exemption (b)(6) & (B)(7)(C) applies to personal information such as date of birth and social security number provided by a third party to which to which no consent to release this information to the plaintiff was given. Exemption (b)(7)(F) applies to personal information, if released, could reasonably be expected to endanger the life or physical safety of the individual identified in the records. |

| DOC # | PAGES | DOCUMENT DESCRIPTION | EXEMPT/ STATUS | JUSTIFICATION FOR WITHHOLDING |
|---|---|---|---|---|
| 2 | 1 | This record is a BOP form pertaining to a third party concerning visitor information | (b)(6) (b)(7)(C) (b)(7)(F) | This document was withheld in part pursuant to Exemption (b)(6), (b)(7)(C) and (b)(7)(F) Exemption (b)(6) & (B)(7)(C) applies to personal information such as date of birth and social security number provided by a third party to which to which no consent to release this information to the plaintiff was given. Exemption (b)(7)(F) applies to personal information, if released, could reasonably be expected to endanger the life or physical safety of the individual identified in the records. |
| 3 | 5 | Fax Cover Sheet with four attachments consisting of Psychiatric Unit Report. | (b)(2) | These documents were withheld in part pursuant to (b)(2). Exemption (b)(2) was applied to protect an agency FAX telephone number. This information is related to internal agency practices of a relatively trivial nature. |
| 4 | 15 | Minnesota Multiphasic Personality Inventory-2 Score Report | (b)(2) (b)(5) | These documents were withheld in full because this information concerns matters that are related solely to internal agency practices. These documents are also part of the deliberative process privilege. Therefore, exemptions (b)(2) and (b)(5) were applied to these documents. |

| DOC # | PAGES | DOCUMENT DESCRIPTION | EXEMPT /STATUS | JUSTIFICATION FOR WITHHOLDING |
|---|---|---|---|---|
| 5 | 2 | Victim/Witness Notification Report | (b)(2)(C) (b)(7)(F) | These documents were withheld in full pursuant to (b)(2) & (b)(7)(F). Exemption (b)(2) was applied because this information concerns matters that are related solely to internal agency practices. Exemption (b)(7)(F) was applied to withhold information that the release of could endanger the life or physical safety of any individual. |
| 6 | 2 | Two pages of perspective visitor's National Crime Information Center criminal history. | (b)(6) (b)(7)(C) (b)(7)(F) | These documents were withheld in full pursuant to Exemption (b)(6), (b)(7)(C) and (b)(7)(F) Exemption (b)(6) & (b)(7)(C) applies to personal information provided by a third party to which to which no consent to release this information to the plaintiff was given. Exemption (b)(7)(F) applies to personal information, if released, could reasonably be expected to endanger the life or physical safety of the individual identified in the records. |

| 7 | 3 | Statement of Reasons | (b)(2) (b)(7)(F) | These documents were withheld in full pursuant to Exemption (b)(2) and (b)(7)(F). Exemption (b)(2) was applied because this information concerns matters that are related solely to internal agency practices. Exemption (b)(7)(F) was applied to withhold information that the release of could endanger the life or physical safety of any individual. |
| --- | --- | --- | --- | --- |
| 8 | 23 | Presentence Report | (b)(2) (b)(7)(F) | These documents were withheld in full pursuant to Exemption (b)(2) and (b)(7)(F). Exemption (b)(2) was applied because this information concerns matters that are related solely to internal agency practices. Exemption (b)(7)(F) was applied to withhold information that the release of could endanger the life or physical safety of any individual. |