UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MYRON TERESHCHUK,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| **BUREAU OF PRISONS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

This matter is before the Court on Defendant's Motion for Summary Judgment. Upon consideration of the Motion, any opposition thereto, and any replies, and the entire record herein, it is this _____ day of _____, 2007,

ORDERED, that Defendant's Motion for Summary Judgment is hereby GRANTED; and it is further

ORDERED, that this case is dismissed with prejudice.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Myron Tereshchuk, pro se
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530