UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK,          ) | |
| ) | |
| Plaintiff       ) | |
| ) | |
| v.                         ) | Civil Action No. 06-1031(RWR) |
| ) | |
| BUREAU OF PRISONS,         ) | |
| ) | |
| Defendant.     ) | |
| ) | |

**DEFENDANT'S MOTION FOR AN EXTENSION OF TIME
TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an extension of time up to and including Monday, July 16, 2007 to file its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. The current filing deadline is tomorrow, Thursday, July 12, 2007. This is Defendant's first request for an extension for this purpose. Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action. In support of its Motion, Defendant states the following.

Defendant requests the extension because of the considerable work-related demands on its counsel over the past week. For example, on Friday, July 6, 2007, Defendant's counsel filed a post-discovery dispositive motion in a suit brought pursuant to Federal Tort Claims Act, 28 U.S.C. § 1346(b). So far, this week, among other matters, Defendant's counsel has filed an opposition to a motion for default judgment in a suit brought pursuant to the Freedom of Information Act, 5 U.S.C. § 552, assisted a colleague with a dispositive motion in a <u>Bivens</u> suit

relating to a constitutional challenge to the U.S. Parole Commission's regulations, and completed a motion for summary affirmance to be filed in the District of Columbia Circuit. Accordingly, given these and other work-related demands on its counsel, Defendant will not be able to file its reply in this case by the current deadline, and thus, Defendant respectfully moves for an extension of time to July 16, 2007 to do so.

        Respectfully Submitted,

        /s/ Jeffrey A. Taylor /bmr

        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /bmr

        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Beverly M. Russell

        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District
         of Columbia, Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C. 20530
        Ph:  (202) 307-0492
        Fax: (202) 514-8780
        E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing ***Defendant's Motion for an Extension of Time to File Its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment*** was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

on this <u>11th</u> day of July, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney