UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S SECOND MOTION FOR AN EXTENSION OF TIME
TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for an extension of time up to and including Thursday, July 26, 2007 to file its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. The current filing deadline is today, Monday, July 16, 2007. This is Defendant's second request for an extension for this purpose. Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action. In support of its Motion, Defendant states the following.

Although Defendant's counsel, when filing the first request for an extension, anticipated being able to complete the reply memorandum in this case by the current deadline, other workload demands subsequently took considerably more time than anticipated, and thus, Defendant is unable to file its reply memorandum today as expected. Notably, on Friday, July 13, 2007, Defendant's counsel filed a dispositive motion in the tort case, <u>Olaniyi v. United States</u>, Civil Action No. 06-2165(RBW) and today, July 16, 2007, is filing a reply memorandum

in the case, <u>Schroer v. Billington</u>, Civil Action No. 05-1090(JR). Both cases raise unusual factual and legal issues, requiring research for purposes of drafting the memoranda filed in the cases. Accordingly, given these and other work-related demands on its counsel requiring more time than anticipated, Defendant will not be able to file its reply in this case by the current deadline. Defendant additionally notes that its counsel will be on leave from July 17-20, and thus, for this reason as well, Defendant moves for an extension of time to July 26, 2007 to file its reply memoranda.

        Respectfully Submitted,

        Jeffrey A. Taylor /dvh

        _____
        JEFFREY A. TAYLOR, D.C. BAR #498610
        United States Attorney

        /s/ Rudolph Contreras /dvh

        _____
        RUDOLPH CONTRERAS, D.C. BAR #434122
        Assistant United States Attorney

        /s/ Beverly M. Russell

        _____
        BEVERLY M. RUSSELL, D.C. Bar #454257
        Assistant United States Attorney
        U.S. Attorney's Office for the District
         of Columbia, Civil Division
        555 4th Street, N.W., Rm. E-4915
        Washington, D.C. 20530
        Ph: (202) 307-0492
        Fax: (202) 514-8780
        E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Second Motion for an Extension of Time to File Its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment* was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

on this <u>16th</u> day of July, 2007.

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL
Assistant United States Attorney