UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MYRON TERESHCHUK,** | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| **BUREAU OF PRISONS,** | ) |
| | ) |
| Defendant. | ) |
| | ) |

**DEFENDANT'S THIRD MOTION FOR AN EXTENSION OF TIME
TO FILE ITS REPLY TO PLAINTIFF'S OPPOSITION TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 6(b)(1) of the Federal Rules of Civil Procedure, Defendant, the Bureau of Prisons, respectfully moves for a two business day extension of time up to and including Monday, July 30, 2007 to file its reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. The current filing deadline is today, Thursday, July 26, 2007. This is Defendant's third request for an extension for this purpose. Defendant did not contact Plaintiff regarding the relief requested herein given that Local Rule 7(m) is not applicable to this Motion because Plaintiff is a prisoner who is proceeding without counsel in this action. In support of its Motion, Defendant states the following.

Defendant's counsel anticipated being able to complete the reply memorandum in this case by the current deadline. However, because of other workload demands this week, including an immigration brief filed with the U.S. Court of Appeals for the Second Circuit and an opposition memorandum to a Motion for Summary Judgment in a Privacy Act case filed in this Court, Defendant's counsel is unable to file Defendant's reply memorandum in this suit today, July 26, 2007, as expected. Accordingly, Defendant moves for an extension of time to July 30, 2007 to file its reply memorandum. Defendant does not anticipate that further extensions will be required for this purpose absent unforeseen circumstances.

Respectfully Submitted,


/s/ Jeffrey A. Taylor /dch
_____
JEFFREY A. TAYLOR, D.C. BAR #498610
United States Attorney

/s/ Rudolph Contreras /dch
_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney

/s/ Beverly M. Russell
_____
BEVERLY M. RUSSELL, D.C. Bar #454257
Assistant United States Attorney
U.S. Attorney's Office for the District
 of Columbia, Civil Division
555 4th Street, N.W., Rm. E-4915
Washington, D.C. 20530
Ph:  (202) 307-0492
Fax: (202) 514-8780
E-Mail: beverly.russell@usdoj.gov

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing *Defendant's Third Motion for an Extension of Time to File Its Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment* was served by the Court's Electronic Case Filing System and by postage prepaid, first class mail to:

Myron Tereshchuk
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

on this 26th day of July, 2007.

                                        /s/ Beverly M. Russell
                                        _____
                                        BEVERLY M. RUSSELL
                                        Assistant United States Attorney