**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **MYRON TERESHCHUK,** | ) |
| | ) |
| **Plaintiff** | ) |
| | ) |
| v. | ) **Civil Action No. 06-1031(RWR)** |
| | ) |
| **BUREAU OF PRISONS,** | ) |
| | ) |
| **Defendant.** | ) |
| _____ | ) |

ORDER

UPON CONSIDERATION of ***Defendant's Third for an Extension of Time to File Its***

***Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment***, it is by the

Court this _____ day of _____, 2007, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Defendant shall have up to and including July 30,

2007 to file its Reply.

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Myron Tereshchuk, pro se
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530