RECEIVED
AUG 1 0 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK, Pro-se       )
                               )
            Plaintiff,         )
                               )
       v.                      )   Civil Action No. 06-1031(RWR)
                               )
BUREAU OF PRISONS,             )
                               )
            Defendant.         )
_____)

PLAINTIFF'S FIRST MOTION FOR AN EXTENSION OF TIME
TO FILE ITS REJOINDER TO DEFENDANT'S REPLY TO PLAINTIFF'S
OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 6(b)(2) of the Federal Rules of Civil Procedure, Plaintiff, Myron Tereshchuk, appearing pro se, respectfully moves the Court for a ten (10) day extension of time up to and including August 18, 2007 to file its rejoinder to Defendant's Reply to Plaintiff's Opposition to Defendant's Motion for Summary Judgment. Plaintiff's excusable neglect in not requesting this Extension sooner is because Plaintiff did not receive Defendant's Reply until Monday, August 6, 2007, whereas the Defendant's date of service on Plaintiff is July 30, 2007 (postmarked July 31, 2007). The Defendant is notoreous for withholding and/or slowing down Plaintiff's mail, and Plaintiff should not be penalized for being served late.

In its Reply, the Defendant made a stark departure from its defenses contained in its Motion for Summary Judgment by introducing new facts and arguments within the Reply. Amongst the new

matter contained in the Reply, the Defendant now relies on a new exemption as the basis for withholding Plaintiff's personal records, i.e., the exemption provided by 5 U.S.C. 552a(j)(2) and 28 C.F.R. Section 16.81. Because the Defendant has used that exemption in a shotgun reply and the Vaughn Indexes, Declarations, and Defendant's Statement of Material Facts Not in Dispute do not even so as mention the new exemption, Plaintiff needs a just and fair amount of time to address the new matter.

   Because the essence of the Reply has made a departure from the original facts and arguments that are found in the Motion for Summary Judgment, the Plaintiff respectfully requests an extension of time to address the new exemption and all other new and old defenses that Defendant relies on in the reply.

   The Plaintiff declares under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. Section 1746 and LCvR 5.1(h)(2).

Respectfully submitted,

/s/ Myron Tereshchuk

Myron Tereshchuk, pro se

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that service of the foregoing **PLAINTIFF'S FIRST MOTION FOR AN EXTENSION OF TIME TO FILE ITS REJOINDER TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT** was served on the Defendant by the Plaintiff hand delivering the said document to the prison mail room at F.C.I. Cumberland and placing it in the hands of a Bureau of Prisons correctional officer assigned to the mail room, with the envelope having postage first class pre-paid and addressed to:

Beverly M. Russell, Esq.
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530

whereas the delivery to the prison mail room was made on August 8, 2007.

_____
Myron Tereshchuk, pro se

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK, Pro-se   )
                           )
         Plaintiff,        )
                           )
    v.                     )   Civil Action No. 06-1031(RWR)
                           )
BUREAU OF PRISONS,         )
                           )
         Defendant.        )
_____)

### ORDER

UPON CONSIDERATION of **PLAINTIFF'S FIRST MOTION FOR AN EXTENSION OF TIME TO FILE ITS REJOINDER TO DEFENDANT'S REPLY TO PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that said motion be and hereby is GRANTED; and it is

FURTHER ORDERED that Plaintiff shall have up to and including August 18, 2007 to file its Rejoinder.

SO ORDERED.

                                   _____
                                   UNITED STATES DISTRICT JUDGE

Copies to:
Beverly M. Russell, Esq.
U.S. Attorney's Office for the District of Columbia
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C. 20530

Myron Tereshchuk, pro se
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502