UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil Action No. 06-1031 (RWR) |
| ) | |
| BUREAU OF PRISONS, ) | |
| ) | |
| Defendant. ) | |

ORDER

Plaintiff, proceeding *pro se*, brings this action under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, challenging the disposition of his records requests by the Bureau of Prisons ("BOP"). He also alleges BOP has violated the Privacy Act, 5 U.S.C. § 552. Defendant has moved for summary judgment. Having reviewed defendant's motion, plaintiff's opposition, and the entire record of this case, the Court will defer its ruling on defendant's summary judgment motion, and will order defendant to supplement its submission.

On a preliminary review of the record, it appears that defendant has searched for responsive records in places where such records likely would be found. The supporting declarations, however, provides little explanation of what records defendant maintains, how these records are organized and retrieved, or how its staff conducted the searches for records responsive to plaintiff's FOIA request. Based on the current record, the Court cannot conclude that defendant's search was reasonable and adequate under the circumstances, because it cannot ascertain whether the search was "reasonably calculated to uncover all relevant documents." *See*

1

*Valencia-Lucena v. U.S. Coast Guard*, 180 F.3d 321, 325 (D.C. Cir. 1999) (quoting *Truitt v. Dep't of State*, 897 F.2d 540, 542 (D.C. Cir. 1990)); *Steinberg v. U.S. Dep't of Justice*, 23 F.3d 548, 551 (D.C. Cir. 1994). Plaintiff has challenged the adequacy of the agency's searches. The Court will defer its ruling on defendant's summary judgment motion, and will direct defendant to supplement its submission.

Accordingly, it is hereby

ORDERED that, on or before September 25, 2007, defendant shall supplement its submission to address the means by which agency staff conducted the searches for records responsive to plaintiff's FOIA requests.

/s/
RICHARD W. ROBERTS
United States District Judge

DATE: August 24, 2007