UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MYRON TERESHCHUK, | ) |
| | ) |
| Plaintiff | ) |
| | ) |
| v. | ) Civil Action No. 06-1031(RWR) |
| | ) |
| BUREAU OF PRISONS, | ) |
| | ) |
| Defendant. | ) |
| | ) |

ORDER

UPON CONSIDERATION of Plaintiff's *Motion for Discovery and Motion for Continuance*, Defendant's opposition thereto, and the entire record herein, it is by the Court this _____ day of _____, 2007, hereby

ORDERED that said motion be and hereby is DENIED;

SO ORDERED.

_____
UNITED STATES DISTRICT JUDGE

Copies to:
Myron Tereshchuk, pro se
Reg. No. 47510-083
Federal Correctional Institution
Cumberland, Maryland 21502

Beverly M. Russell
U.S. Attorney's Office for the District of Columbia,
Civil Division
555 Fourth Street, N.W., Suite E-4915
Washington, D.C.  20530