UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK,  )
         Plaintiff,  )
   v.  ) Civil Action No. 06-1031(RWR)
BUREAU OF PRISONS,  )
         Defendant.  )

RECEIVED
OCT 17 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME TO OPPOSE DEFENDANT'S SUPPLEMENTAL MEMORANDUM AND DECLARATION IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

The Plaintiff, Myron Tereshchuk, appearing pro se, respectfully moves the Court pursuant to Rule 6(a) of the Federal Rules of Civil Pro. for an additional extension of time to oppose the Defendant's Supplemental Memorandum and Declaration in Support of its Motion for Summary Judgment, until October 29, 2007.

As good cause for the extension, Plaintiff states that he has been held in administrative detention the entire time since he received the Defendant's Supplemental Memorandum, and related documents. During this entire period, Plaintiff has been denied all requests to

page 2

staff regarding the use of the prison law library. The Defendant is required to grant Plaintiff law library access when Plaintiff is in administrative detention in accordance with 28 C.F.R. 543.11(f). So far, Plaintiff has been granted zero hours of library use since Plaintiff received the Defendant's Supplemental Memorandum and related papers.

Although Defendant has obviously been in violation of its own published regulation up to this point, the Defendant's employee, Lieutenant Lipscomb, has promised Plaintiff that Plaintiff will be permitted to use the prison law library during the week of October 14, 2007. The Plaintiff needs to utilize the promised law library time, however late or inadequate, to oppose the Defendant's Supplemental Memorandum, because it will be Plaintiff's only opportunity to consult legal volumes in order to formulate his opposition.

Furthermore, the Plaintiff is under an unjust burden in drafting the opposition because the Defendant, acting in bad faith, confiscated the Plaintiff's legal research material pertaining to the opposition that Plaintiff needs to draft. If that is not enough, the Defendant has also confiscated

page 3

Plaintiff's reading glasses, and as a result, has created circumstances necessitating a protracted proceeding.

For these reasons, Plaintiff respectfully requests an extension of time until October 29, 2007, to oppose the Defendant's Supplemental Memorandum and Declaration in Support of its Motion for Summary Judgment.

The Plaintiff declares under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. 1746 and LCvR 5.1(h)(2).

October 12, 2007

Respectfully submitted,

*Myron Tereshchuk*
Myron Tereshchuk
Reg. No. 47510-083
Federal Correctional Inst.
P.O. Box 1000
Cumberland, MD 21501