UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK,
    Plaintiff,
        v.                        Civil Action No. 06-1031(RWR)
BUREAU OF PRISONS,
    Defendant.

PLAINTIFF'S MOTION FOR A SECOND EXTENSION OF TIME TO REPLY TO DEFENDANT'S OPPOSITION TO PLAINTIFF'S MOTION FOR DISCOVERY AND FOR A CONTINUANCE

The Plaintiff, Myron Tereshchuk, appearing pro se, respectfully moves the Court pursuant to Rule 6(a) of the Federal Rules of Civil Procedure for a second extension of time to Reply to Defendant's Opposition to Plaintiff's Motion for Discovery and for a Continuance. Plaintiff moves the Court for an extension of time to October 29, 2007, to submit the Reply.

As good cause for the extension, Plaintiff states that he has been held in administrative detention the entire time since he received the Defendant's Opposition. During this entire period of time, the Plaintiff has been denied all requests to staff

page 2

regarding the use of the prison law library. The Defendant is required by its own published regulation, i.e., 28 C.F.R. section 543.11(j), to grant Plaintiff law library access when the Plaintiff is in administrative detention. So far, Plaintiff has been granted zero hours of law library use since Plaintiff received the Defendant's Opposition.

Although Defendant has obviously been in violation of its own published regulation up to this point, the Defendant's employee, Lieutenant Lipscomb, has promised Plaintiff use of the law library during the week of October 14, 2007. The Plaintiff needs to utilize the promised law library time, however late or inadequate, to reply to the Defendant's Opposition, because it will be the Plaintiff's only opportunity to consult legal volumes in order to formulate his Reply. ~~Reply.~~

Furthermore, the Plaintiff is under an unjust burden in drafting the reply because the Defendant, acting in bad faith, confiscated Plaintiff's legal research material pertaining to the Reply that Plaintiff needs to draft. If that is not enough, the Defendant has also confiscated

page 3

Plaintiff's reading glasses, and as a result, has created circumstances necessitating a protracted proceeding.

In conclusion, for these reasons, Plaintiff respectfully moves the Court for an extension of time until October 29, 2007, to Reply to Deffendant's Opposition to Plaintiff's Motion for Discovery and for a Continuance.

The Plaintiff declares under penalty of perjury that the foregoing is true and correct in accordance with 28 U.S.C. 1746 and LCvR 5.1(h)(2).

October 12, 2007

Respectfully submitted,

[signature]
Reg. No. 47510-083
Federal Correctional Inst.
P.O. Box 1000
Cumberland, MD 21501