RECEIVED

NOV 01 2007

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

MYRON TERESHCHUK, )
    Plaintiff, )
      v.     ) Civil Action No. 06-1031 (RWR)
BUREAU OF PRISONS, )
    Defendant. )

PLAINTIFF'S MOTION FOR EXTENSION OF TIME
TO OPPOSE THE DEFENDANT'S SUPPLEMENTAL
MEMORANDUM IN SUPPORT OF ITS MOTION
FOR SUMMARY JUDGMENT

The Plaintiff, Myron Tereshchuk, appearing pro se, hereby moves the Court for an extension of time under Rule 6 of the Federal Rules of Civil Procedure. The Plaintiff moves the Court for an extension of time up till November 6, 2007, in which to oppose Defendant's Supplemental Memorandum.

As good cause for this motion, Plaintiff states that he requested his Counselor, V. Johnson, to make copies of documents that will become exhibits in Plaintiff's opposition. However, neighter the copies nor the originals have been provided to Plaintiff. Plaintiff anticipates confronting his Counselor the week of October 28, 2007 and obtaining the papers when the Counselor makes her weekly rounds.

Respectfully submitted,

Myron Tereshchuk    Myron Tereshchuk